IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Timothy L. T. JR.,

    **Plaintiff,**

    vs.                                    CIV NO. 2:25-cv-00994-KRS

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's Second Unopposed Motion to Extend Briefing Deadlines (the "Motion"), (Doc. 13), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file his Motion to Reverse or Remand to the Agency no later than **February 17, 2026**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **March 17, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE