# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**Timothy L. T. JR.,**

      **Plaintiff,**

      **vs.**                                                **CIV NO. 2:25-cv-00994-KRS**

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Defendant's First Unopposed Motion for Extension of Time (the "Motion"), (Doc. 16), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant file his Answer or otherwise respond to Plaintiff's Complaint no later than **April 16, 2026**. **IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE