**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Timothy L. T. JR.,**

      **Plaintiff,**

      **vs.**                                  **CIV NO. 2:25-cv-00994-KRS**

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## **ORDER FOR SECOND EXTENSION**

THIS MATTER coming before the Court upon Defendant's Second Unopposed Motion for Extension of Time (the "Motion"), (Doc. 18), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

      **IT IS THEREFORE ORDERED** that Defendant file his Answer or otherwise respond to Plaintiff's First Motion to Remand to Agency, (Doc. 15), no later than **May 18, 2026**. **IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

                                _Kevin Sweazea_
                                 KEVIN R. SWEAZEA
                                 UNITED STATES MAGISTRATE JUDGE