# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**Timothy L. T. JR.,**

      **Plaintiff,**

      **vs.**                                                                    **CIV NO. 2:25-cv-00994-KRS**

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER FOR EXTENSION

**THIS MATTER** coming before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines (the "Motion"), (Doc. 22), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff shall file his reply brief no later than June 5, 2026.

**IT IS SO ORDERED** this 1st day of June, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE